# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:02-CR-00105-GCM

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>LONNIE REGINALD LIVINGSTON,<br><br>Defendant, | **ORDER** |

    **THIS MATTER COMES** before this Court on the Court's own motion. Defendant Lonnie Reginald Livingston filed a Motion for Compassionate Release (Doc. No. 21). The Court instructs the Government to respond to this Motion within thirty (30) days of entry of this Order.

    **SO ORDERED**.

Signed: February 3, 2021

Graham C. Mullen
United States District Judge